IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOYCE SHEPHERD                                                                        PLAINTIFF

V.                                        NO. 09-5107

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                       DEFENDANT

## **J U D G M E N T**

Now on this 12th day of July, 2010, comes on for consideration the Report and Recommendation dated June 17, 2010, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses Plaintiff's complaint with prejudice.

IT IS SO ORDERED.

       /s/ Jimm Larry Hendren
    HON. JIMM LARRY HENDREN
    UNITED STATES DISTRICT JUDGE